UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

THOMAS STORRIER,

               Plaintiff,

-against-

AMERICAN BROADCASTING COMPANIES,
INC., ABC, INC., and GERI WANG,

               Defendants.
------------------------------------X

13 Civ. 5294 (WHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/13

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: November 21, 2013
       New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                                 U.S.D.J.

Counsel of Record:

Amos Ben Blackman, Esq.
Lee Frederick Bantle, Esq.
Bantle & Levy LLP
817 Broadway
New York, NY 10003
*Counsel for Plaintiff*

Rachel Schwartz, Esq.
Schwartz & Thomashower, LLP
15 Maiden Lane
Suite 705
New York, NY 10038
*Counsel for Defendants*